IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY JOE MITCHELL                                         PETITIONER

v.                  CASE NO. 5:09CV00294 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                         RESPONDENT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 24th day of March, 2010.

                                             /s/ Henry L. Jones, Jr.
                                             UNITED STATES MAGISTRATE JUDGE